**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OFELIA MORALES MALDONADO,<br>    Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:25-cv-05804-FWS-PD<br><br>**JUDGMENT** |

Consistent with the Order Re Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405g and to Entry of Judgment [18] ("Order of Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order of Remand;

(2) judgment is entered in favor of Plaintiff, and against Defendant; and

(3) the final decision of the Commissioner is REVERSED.

Dated: October 24, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE